IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No. 1:17-CV-37-SA-DAS

Place Held: Visiting Magistrate Judge's Chambers, Oxford, MS

Style: Walls v. Houston

| | |
|---|---|
| Date | November 7, 2018 |
| Total Time | 4 hours |

PRESENT: David A. Sanders   United States Magistrate Judge

| ATTORNEYS PARTICIPATING FOR PLAINTIFF | ATTORNEYS PARTICIPATING FOR DEFENDANTS |
|---|---|
| Victor Fleitas | Randall Day |

PROCEEDINGS: Final pretrial conference held. Final pretrial order due in one week.

Docket Entry:

DAVID CREWS, CLERK

By:   /s/ Justin C. Moody
       Law Clerk